JERMAINE A. HOPKINS
1809 S Street, Suite 101-131
Sacramento, California 95811
Telephone: (916) 578-8021
E-Mail: jermaine.hopkins@outlook.com

*In Pro Per*

FILED

DEC 08 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JERMAINE A. HOPKINS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, UNITED STATES DEPARTMENT OF LABOR – WAGE & HOUR DIVISION, UNITED STATES DEPARTMENT OF LABOR – WAGE & HOUR DIVISION, AUSTIN DISTRICT OFFICE, THOMAS E. PEREZ, in his official capacity as Secretary of Labor, DAVID WEIL, in his official capacity as Administrator, United States Department of Labor – Wage & Hour Division, and NICOLE SELLERS, in her official capacity as District Director, United States Department of Labor – Wage & Hour Division, Austin District Office,<br><br>Defendants. | Case No: 2:16-CV-2761 MCE CKD PS<br><br>**PLAINTIFF'S MOTION TO COMPEL PREPARATION OF A VAUGN INDEX** |

Plaintiff Jermaine A. Hopkins moves this Court for an order requiring Defendants United States Department of Labor, United States Department of Labor – Wage & Hour Division, United States Department of Labor – Wage & Hour Division, Austin District Office, Thomas E. Perez,

1

David Weil, and Nicole Sellers to provide within 30 days after service of the Complaint in this action, an itemized, indexed inventory of every agency record or portion thereof responsive to Plaintiff's request which Defendant asserts to be exempt from disclosure, accompanied by a detailed justification statement covering each refusal to release records or portions thereof in accordance with the indexing requirements of *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), *cert. denied*, 415 U.S. 977 (1974).

Dated this 7th day of December, 2016.

Respectfully submitted,

JERMAINE A. HOPKINS
Plaintiff, *In Pro Per*

## CERTIFICATE OF SERVICE

I, Jermaine A. Hopkins, hereby certify that on December 7TH, 2016, a copy of the PLAINTIFF'S MOTION TO COMPEL PREPARATION OF A VAUGN INDEX was served via first-class mail, postage prepaid, upon the following Defendants:

U.S. Department of Labor
200 Constitution Ave.
NW Washington, DC 20210

U.S. Department of Labor – Wage & Hour Division
200 Constitution Ave.
NW Washington, DC 20210

U.S. Department of Labor – Wage & Hour Division
Austin District Office
300 E. Eighth Street
Suite 865
Austin, Texas 78701

Thomas E. Perez
U.S. Department of Labor
200 Constitution Ave.
NW Washington, DC 20210

David Weil
U.S. Department of Labor – Wage & Hour Division
200 Constitution Ave.
NW Washington, DC 20210

Nicole Sellers
U.S. Department of Labor – Wage & Hour Division
Austin District Office
300 E. Eighth Street
Suite 865
Austin, Texas 78701

JERMAINE A. HOPKINS
Plaintiff, *In Pro Per*